# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For Revocation of Probation or Supervised Release) |
| v. | |
| | Case Number: 8:09-CR-95-T-24TGW |
| ALEXIS CRESPO-GONZALEZ | USM Number: 30087-069 |
| | Dionja Dyer, AFPD |
| | Defendant's Attorney |

## THE DEFENDANT:

__X__ admitted guilt to violation of charge numbers _One through Fifteen_ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Travel outside the district without permission in violation of condition 1 of the standard conditions of supervision. | August 2, 2009 |
| 2. | New criminal conduct, window tint, occurring on August 2, 2009, while on supervision in violation of the conditions of supervision. | August 2, 2009 |
| 3. | New criminal conduct, weaving (fail to maintain lane), occurring on August 2, 2009, while on supervision in violation of the conditions of supervision. | August 2, 2009 |
| 4. | Positive urinalysis for cocaine on August 3, 2009, in violation of condition 7 of the standard conditions of supervision. | August 3, 2009 |
| 5. | Positive urinalysis for marijuana on August 3, 2009, in violation of condition 7 of the standard conditions of supervision. | August 3, 2009 |
| 6. | Travel outside the district without permission in violation of condition 1 of the standard conditions of supervision. | March 11, 2009 |
| 7. | Positive urinalysis for cocaine on April 27, 2009, in violation of condition 7 of the standard conditions of supervision. | April 27, 2009 |
| 8. | Positive urinalysis for cocaine on April 22, 2009, in violation of condition 7 of the standard conditions of supervision. | April 22, 2009 |

| | | |
|---|---|---|
| 9. | Positive urinalysis for cocaine on April 1, 2009, in violation of condition 7 of the standard conditions of supervision. | April 1, 2009 |
| 10. | Positive urinalysis for marijuana on April 1, 2009, in violation of condition 7 of the standard conditions of supervision. | April 1, 2009 |
| 11. | Positive urinalysis for cocaine on January 15, 2009, in violation of condition 7 of the standard conditions of supervision. | January 15, 2009 |
| 12. | Positive urinalysis for cocaine on December 6, 2008 in violation of condition 7 of the standard conditions of supervision. | December 6, 2008 |
| 13. | Frequenting a location where drugs are illegally sold, used, distributed, or administered in violation of condition 8 of the standard conditions of supervision. | May 5, 2009 |
| 14. | Failure to work regularly at a lawful occupation in violation of condition 5 of the standard conditions of supervision. | August 2, 2009 |
| 15. | Failure to complete community service in violation of the special condition. | August 2, 2009 |

The Defendant is found to be in violation of his supervised release, and the Supervised Release is revoked. The defendant is sentenced as provided in pages 3 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 3, 2009
Date of Imposition of Judgment

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

September 3, 2009
Date

DEFENDANT: ALEXIS CRESPO-GONZALEZ
CASE NUMBER: 8:09-CR-95-T-24TGW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWENTY FOUR (24) MONTHS.**

__X__ The Court makes the following recommendations to the Bureau of Prisons:
   The Defendant is to participate in and receive drug and alcohol treatment & rehabilitation.

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

   ____ at _____ a.m.   p.m.   on _____.

   ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ____ before 2 p.m. on _____.

   ____ as notified by the United States Marshal.

   ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By

DEPUTY UNITED STATES MARSHAL